**SO ORDERED.**

**TIFFANY & BOSCO**
P.A.

**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

**Dated: October 02, 2009**



_____
**REDFIELD T. BAUM, SR**
**U.S. Bankruptcy Judge**
_____

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

09-22529/0156113888

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Franklin Aragona and Cathy Rae Aragona<br>        Debtors.<br>_____<br>Wells Fargo Bank, N.A.<br>        Movant,<br>   vs.<br>Franklin Aragona and Cathy Rae Aragona, Debtors,<br>William E. Pierce, Trustee.<br>        Respondents. | No. 2:09-BK-20704-RTBP<br><br>Chapter 7<br><br>ORDER<br><br>(Related to Docket #8) |

      Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any, and no objection having been received, and good cause appearing therefor,

      IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed

by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real property which is the subject of a Deed of Trust dated October 20, 2006 and recorded in the office of the Yavapai County Recorder wherein Wells Fargo Bank, N.A. is the current beneficiary and Franklin Aragona and Cathy Rae Aragona have an interest in, further described as:

> Lot 6086, PRESCOTT VALLEY UNIT NINE, according to the plat of record in Book 14 of Maps, page 43, records of Yavapai County, Arizona.
>
> EXCEPT all minerals, not including iron or coal as reserved in Patent from United States of America.
>
> ALSO EXCEPT half of any remaining minerals, gas, oil and petroleum rights as reserved in Deed recorded in Book 395 of Official Records, Page 231, records of Yavapai County, Arizona.
>
> ALSO EXCEPT any remaining gas, oil, minerals and petroleum as reserved in Deed recorded in Book 729 of Official Records. Page 889. records of Yavapai County, Arizona.

IT IS FURTHER ORDERED that Movant may contact the Debtor(s) by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtors if Debtors' personal liability is discharged in this bankruptcy case.

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.

DATED this ____ day of _____, 2009.

_____
JUDGE OF THE U.S. BANKRUPTCY COURT